So Ordered.

Dated: June 5, 2023



Katherine Maloney Perhach
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re
ROBERT DAVID SEARLE and
KIMBERLY ANN SEARLE,
              Debtors.

Chapter 13
Case No. 23-21535-KMP

**ORDER RESOLVING TRUSTEE'S OBJECTION
TO CONFIRMATION OF PLAN**

The Chapter 13 Trustee represents that the Trustee and the Debtors, through counsel, have agreed that the Trustee's Objection to Confirmation may be sustained on the following terms:

On or before June 30, 2023, the Debtors shall:

1. File an Amended Plan, Disclosure of Compensation, and/or Statement of Financial Affairs to correct the amount of attorney fees to be paid through the Plan.

2. File an Amended Plan to provide for adequate protection payments as required by 11 U.S.C. § 1326(a) on the purchase money security interest held by Global Lending Services.

**IT IS THEREFORE ORDERED THAT:**

Based on and subject to these agreed terms, the Trustee's Objection to Confirmation is sustained.

#####

Prepared by:
Kyle R. Knutson, Staff Attorney
Office of the Chapter 13 Trustee
P O Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
info@chapter13milwaukee.com