UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE: Robert David Searle and
Kimberly Ann Searle,
Debtors.

Case No. 23−21535−kmp

Chapter 13

## NOTICE TO SOUTHFIELD APARTMENTS LLC TO SUPPLEMENT PROOF OF CLAIM NUMBER 8

On July 10, 2023, Southfield Apartments LLC filed proof of claim number 8 without using the official proof of claim form (B 410). Southfield Apartments LLC is required to supplement the proof of claim by filing the official proof of claim form.

The official proof of claim form (B 410) and instructions for completing it can be found at https://www.uscourts.gov/forms/bankruptcy−forms/proof−claim−0. Instructions on how to file a proof of claim electronically are located on the Bankruptcy Court's website at https://www.wieb.uscourts.gov/file−claim−electronically.

Dated: July 11, 2023

**SEAN D. MCDERMOTT**
Clerk of Court

By: Emily T.
Deputy Clerk