UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

In the Matter of:
ROBERT DAVID SEARLE                          Chapter 13
KIMBERLY ANN SEARLE                          Case No. 23-21535-KMP
        Debtors.
_____

**TRUSTEE'S NOTICE OF TELEPHONE HEARING AND
TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTORS' PROPOSED CHAPTER 13 PLAN**
_____

**NOTICE**

The Trustee, Scott Lieske, has filed the accompanying Objection to Confirmation of Debtors' proposed Chapter 13 Plan.

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

A telephone hearing will be held before the Honorable Katherine Maloney Perhach, United States Bankruptcy Judge, on **August 8, 2023 at 10:30 a.m.**, to consider the Trustee's Objection to Confirmation. **To appear by telephone, you must call the Court conference line at 1-888-675-2535, access code 9918878 before the scheduled hearing time.** Please note that the Court may already be in session, so please wait quietly on the telephone for your case to be called.

**OBJECTION TO CONFIRMATION**

The Trustee, Scott Lieske, hereby objects to the proposed Chapter 13 Plan in this bankruptcy proceeding for the following reason(s):

Due to discrepancies between the Statement of Financial Affairs, the Disclosure of Compensation, and the Plan, the Trustee is unable to determine the correct amount of attorney fees to be paid through the plan. Upon information and belief, the correct amount is intended to be $4,283; however, the amended plan specifies fees of $4,238 to be paid.

                OFFICE OF CHAPTER 13 TRUSTEE

                /s/_____
                Scott Lieske, Chapter 13 Trustee
                Christopher D. Schimke, Staff Attorney
                Kyle R. Knutson, Staff Attorney
                Judith L. Du Sell, Staff Attorney

**<u>P.O. ADDRESS:</u>**
P.O. Box 510920
Milwaukee, WI  53203
414-271-3943
414-271-9344 (Fax)
info@chapter13milwaukee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In the Matter of:<br>ROBERT DAVID SEARLE &<br>KIMBERLY ANN SEARLE,<br>    Debtors. | Chapter 13<br>Case No. 23-21535-KMP |

## CERTIFICATE OF SERVICE

  The undersigned does hereby certify that the **TRUSTEE'S NOTICE OF TELEPHONE HEARING AND TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTORS' PROPOSED CHAPTER 13 PLAN** in this case were electronically filed with the Clerk of Court and served upon the following parties using the ECF system on the date of the electronic signature affixed hereto:

    OFFICE OF THE U.S. TRUSTEE
    MILLER & MILLER

  I further certify that I have mailed by United States Postal Service the same documents to the following non-ECF participants:

    ROBERT DAVID SEARLE & KIMBERLY ANN SEARLE
    S78W17724 CANFIELD DRIVE
    MUSKEGO, WI 53150


        /s/_____
        Tongula Washington
        Administrative Assistant
        Office of the Chapter 13 Trustee
        P.O. Box 510920
        Milwaukee, WI 53203
        T: (414) 271-3943
        F: (414) 271-9344